UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EDWARD WISNER DONATION** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.   14-1525** |
| | * | |
| **BP EXPLORATION & PRODUCTION, INC.** | * | **SECTION J (2)** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

### EDWARD WISNER DONATION *EX PARTE* MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

NOW INTO COURT comes Edward Wisner Donation ("Wisner" or "Donation"), Defendant in Intervention, through the Trustee the Mayor of New Orleans, with undersigned counsel, and submits this *Ex Parte* Motion to Deposit Funds into the Registry of the Court. The Donation states as follows:

1. A *Complaint for Attorneys' Fees* was filed by Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates ("WW&G") [Rec. Doc. 21585].

2. On September 26, 2016, the Donation Answered the Complaint.   [Rec. Doc. 21732]

3. The dispute concerns a challenge to the fees and costs pursuant to the Donation's settlement with BP.

4. The Donation's settlement with BP is structured to be paid over a number of years.

5. The first payment is scheduled for October 3, 2016.

6. The amount subject to the dispute totals $2,160,011.92.   The total combined costs

($927,173.12) and attorney's fees ($1,232,838.80).

7. Depositing the disputed funds into the registry of the court promotes fairness to all parties by ensuring that no payment is issued to any attorney in this case without a court order.

8. No party will be prejudiced. Each party will be provided an opportunity to be heard with arguments submitted to this Court for final resolution.

9. Counsel for WW&G has been contacted and does not oppose this motion.

WHEREFORE Defendant in Intervention prays that the motion be granted and that the Court issue an order directing the depositing of the disputed amount into the registry of the court.

Respectfully submitted:

Stephen J. Herman (La. Bar #23129)
Soren E. Gisleson (La. Bar #26302)
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
E Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

Walter J. Leger, Jr. (La. Bar #827 8)
Christine Sevin Fayard (La. Bar # 32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, LA 70112
Phone: (504) 588 9043
Fax: (504) 588 9980
Email: wleger@legershaw.com
Email: csevin@legershaw.com

>James Parkerson Roy (La. Bar #11511)
>Bob Wright (La. Bar #1369 1)
>DOMENGEAUX WRIGHT ROY & EDWARDS LLC
>556 Jefferson Street, Suite 500
>Lafayette, Louisiana 70501
>Telephone: (337) 233 3033
>Fax No. (337) 233 2796
>E Mail: jimr@wrightroy.com
>
>Calvin C. Fayard, Jr. (La. Bar #5486)
>C. Caroline Fayard (La. Bar #30888)
>FAYARD & HONEYCUTT
>519 Florida Avenue, SW
>Denham Springs, LA 70726
>Office: (225) 664 4193
>Telefax: (225) 664 6925
>EMail: calvinfayard@fayardlaw.com
>
>Fred Herman (La Bar #6811)
>Thomas J. Barbera (La Bar# 18719)
>LAW OFFICES OF FRED HERMAN
>1010 Common St., Suite 3000
>New Orleans, LA 70112
>Phone: 504 581 7068
>Fax: 504 581 7083
>Email: fherman@fredhermanlaw.com
>tbarbera@fredhermanlaw.com
>
>***Attorneys for the Edward Wisner Donation Trust, Mayor Mitch Landrieu, Trustee, and the City of New Orleans, Beneficiary***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon all counsel of record *via* email this 30th day of September, 2016.

>S/Soren E. Gisleson

3